**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GLOBAL MAINTECH, INC.,
a Minnesota corporation and
BREECE HILL TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

TANDBERG DATA ASA,

Defendant.

Case No. 00-1475 PAM/JGL

STIPULATION AND ORDER EXTENDING TIME PERIOD TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The above-entitled parties, by and through their respective counsel, hereby agree and stipulate that the defendant, Tandberg Data ASA, shall have until August 18, 2000 to serve their Answer and/or otherwise plead in response to the Complaint.

Dated: 7/24/00

DORSEY & WHITNEY, LLP

By [signature]
Peter W. Carter (#227985)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR PLAINTIFFS
GLOBAL MAINTECH, INC. AND
BREECE HILL TECHNOLOGIES, INC.

FILED ____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: 7/19/00

WINTHROP & WEINSTINE, P.A.

By ______________________
Steven C. Tourek (#N0565)
60 South Sixth Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700

and

Robert E. Meshei, Esq.
ROBERT E. MESHEL, P.C.
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 956-2456

ATTORNEYS FOR DEFENDANT
TANDBERG DATA ASA

IT IS SO ORDERED.

Dated: ______________, 2000

BY THE COURT:

______________________
Magistrate Judge Jonathan G. Lebedoff

MPL1: 353536-1