UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Global Maintech, Inc.,
et al.

Plaintiffs, CIVIL 00-1475 PAM/JGL

v.

Tandberg Data ASA,

Defendant,

---

Tandberg Data, Inc.

Plaintiff, CIVIL 00-1669 DWF/AJB

v.

Breece Hill Technologies, Inc.

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Civil Case 00-1475 PAM/JGL having been assigned to Judge Paul A. Magnuson and Civil Case 00-1669 DWF/AJB having later been assigned to Judge Donovan W. Frank, said matters being related cases,

**IT IS HEREBY ORDERED** that Civil Case 00-1669 DWF/AJB, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: August 18, 2000.

**PAUL A. MAGNUSON**, Chief Judge
~~United States~~ District Court

Dated: August 18, 2000.

**DONOVAN W. FRANK**, Judge
United States District Court

FILED AUG 18 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK