# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Global Maintech Inc., et al.

v.

Tandberg Data, ASA

**AMENDED**
**PRETRIAL CONFERENCE NOTICE**

**Case Number Civil 00-1475 PAM/JGL**

(x) TAKE NOTICE That the pretrial conference that was scheduled for October 19, 2000 in this case has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, November 14, 2000 @ 10:40 A.M., for a Pretrial Conference.**

Dated: October 10, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Peter W. Carter
Mitchell W. Granberg
Steven C. Tourek
Jason L. Brown
Robert Meshel

OCT 10 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK