UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GLOBAL MAINTECH, INC., a Minnesota corporation, and BREECE HILL TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

vs.

TANDBERG DATA ASA.,

Defendant.

Court File No.: 00-1475 PAM/JGL

**ORDER**

Based upon the Stipulation and Motion of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Pretrial Schedule dated November 20, 2000 is amended as follows:

1. The period during which the parties may conduct discovery shall terminate on October 1, 2001.

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to October 1, 2001, except November 1, 2001 as to experts.

3. Plaintiffs' expert disclosures shall be made on or before:

   September 1, 2001 – initial; October 1, 2001 – rebuttal.

4. Defendant's expert disclosures shall be made on or before:

   September 1, 2001 – initial; October 1, 2001 – rebuttal.

5. All dispositive motions shall be served, filed and fully briefed prior to December 1, 2001.

JUN 0 5 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

6. This case shall be ready for trial on January 1, 2002, and at which time the case will be placed on the Court's January trial calendar.

7. In all other respects, the deadlines and requirements of the Pretrial Schedule dated November 20, 2000 remain in effect.

IT IS SO ORDERED.

BY THE COURT:

Dated: June 4, 2001.

Magistrate Judge Jonathan Lebedoff