UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

GLOBAL MAINTECH, INC., et al.

Plaintiffs,

v.

TANDBERG DATA, ASA,

Defendant ,

Court File No. 00-1475 PAM/JGL

---

TANDBERG DATA, INC.

Plaintiff,

v.

BREECE HILL TECHNOLOGIES, INC.

Defendant.

Court File No. 00-1669 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

COME NOW the parties above-named, and each of them, by and through their respective counsel, and hereby STIPULATE AND AGREE that each of the above-referenced matters may be dismissed in their entirety, with prejudice, on the merits and without further costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Court may enter an Order of Dismissal without Prejudice of all of the claims asserted by the parties, and each of them, without further notice to any party.

Dated: July 25, 2001

SHREFFLER LAW FIRM, P.A.

By: [signature]
Charles R. Shreffler, #181295

2116 Second Avenue South
Minneapolis, MN 55404-2606
Phone: 612-872-8000

Attorneys for Global Maintech, Inc. and
Breece Hill Technologies, Inc.

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG - 8 2001
DEPUTY CLERK

Dated: July 26, 2001.

WINTHROP & WEINSTINE, P.A.

By: ______________________
Steven C. Tourek, #110565
Peter J. Gleekel, #149834

60 South Sixth Street, 3000 Dain Rauscher Plaza
Minneapolis, MN 55402
(612) 347-0700

and

Robert E. Meshel, Esq.
ROBERT E. MESHEL, P.C.
Suite 1800, 44 Montgmery
San Francisco, CA 94104
(415) 956-2436

Attorneys for
Tandberg Data ASA and
Tandberg Data, Inc.

**ORDER**

Based upon the foregoing Stipulation of the parties,

IT IS HEREBY ORDERED that each of the above-referenced matters are dismissed in their entirety, with prejudice, on the merits, as to all parties, and all claims asserted by the parties, and each of them, and without further costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 7, 2001.

______________________
PAUL A. MAGNUSON, U.S. District Court Judge

idmsstp:631772_1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500